

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of S.T. and I.T., Children

No. 06-24-00026-CV

Appeal from the 325th District Court of Tarrant County, Texas (Tr. Ct. No. 325-614402-17). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MAY 17, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk